

1776 K STREET NW
WASHINGTON, DC 20006
PHONE    202.719.7000
FAX      202.719.7049

PHONE
FAX

www.wileyrein.com

Matthew J. Dowd
202.719.7343
mdowd@wileyrein.com

July 21, 2014

**BY ECF AND HAND-DELIVERY**

The Honorable Daniel E. O'Toole
Circuit Executive and Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, D.C. 20439

Re:   *Exela Pharmaceutical Sciences, LLC v. Lee*, No. 2013-1206 (Fed. Cir.)

Dear Mr. O'Toole:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Federal Circuit Rule 28(i), Appellants submit supplemental authority relevant to issues on appeal. An original and six copies of this letter and attached slip opinion are filed concurrently by hand-delivery

On January, Appellants submitted a letter citing as supplemental authority *Big Lagoon Rancheria v. California*, Nos. 10-17803, 10-17878 (9th Cir. Jan. 21, 2014). In that case, the Ninth Circuit held that the State of California could collaterally challenge a Bureau of Indian Affairs ("BIA") decision—made 15 years earlier—that designated a particular land parcel as "Indian land."

Yesterday, undersigned counsel became aware that the full Ninth Circuit has since vacated the panel decision and granted rehearing en banc in *Big Lagoon Rancheria*. A copy of the Ninth Circuit's order, dated June 11, 2014, is attached. According to that case's docket, oral argument is scheduled for the week of September 15, 2014.

Although the full Ninth Circuit is revisiting the issues decided by the panel in *Big Lagoon Rancheria*, Appellants maintain that the Ninth Circuit's action will not adversely affect the validity of their arguments on appeal here—as presented in the briefs and during oral argument. Prior Ninth Circuit precedent, although not binding on this Court, confirms that a private lawsuit enforcing an agency-sanctioned property right triggers the limitations period when the agency acted *ultra vires*. *See North County Community Alliance Inc. v. Salazar*, 573 F.3d 738 (9th Cir. 2009). Furthermore, during oral argument, the panel's questioning focused almost exclusively on the reviewability issue, not the statute of limitations issue. *See* Oral



The Honorable Daniel E. O'Toole
July 21, 2014
Page 2

Argument Audio Recording at 00:30 (Judge Dyk: "I think that you have a pretty good argument about the statute of limitations.").

Even so, Appellants believe that, in the interest of apprising the Court of legal developments, the submission of the Ninth Circuit's en banc order is appropriate.

Respectfully submitted,

*/s/ Matthew J. Dowd*

Matthew J. Dowd

Enclosure

cc:   All counsel of record (via ECF)

Case: 10-17803-12061  Document 61912 Page: 3 DktEntry: 1 of 1

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **BIG LAGOON RANCHERIA, a federally recognized Indian tribe**,<br><br>         Plaintiff - Appellee - Cross-Appellant,<br><br>  v.<br><br>**STATE OF CALIFORNIA**,<br><br>         Defendant - Appellant - Cross-Appellee. | Nos.  10-17803<br>        10-17878<br><br>D.C. No. 4:09-cv-01471-CW<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Owens and Friedland did not participate in the deliberations or vote in this case.

# CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of July 2014, the foregoing was served via ECF on all counsel of record, including the following counsel for the parties:

Dennis C. Barghaan, Jr.
U.S. Attorney's Office
U.S. Department of Justice
2100 Jamieson Avenue
Alexandria, VA 22314
dennis.barghaan@usdoj.gov

Richard P. Bress, Attorney
Latham & Watkins LLP
Suite 1000
555 Eleventh Street, NW
Washington, DC 20004
richard.bress@lw.com

Charles A. Weiss, Attorney
Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019
charles.weiss@hklaw.com

Aaron Webb
Oliff & Berridge PLC
277 South Washington Street
Alexandria, VA 22314
awebb@oliff.com

/s/Matthew J. Dowd

Matthew J. Dowd

Dated: July 22, 2014